# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHELLE STRICKLAND,

    Plaintiff,

v.                                         Case No. 6:20-cv-2275-JA-DCI

JNG BEEF LLC and TRC WINGS INC.,

    Defendants.

## ORDER

In light of Plaintiff's Stipulation of Voluntary Dismissal Without Prejudice (Doc. 18), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 16, 2021.

                                                 JOHN ANTOON II
                                                 United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties